UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gerald Shields,

                Plaintiff(s),

v.                                              Case No. 2:08−cv−14999−PDB−RSW
                                                Hon. Paul D Borman
Merchants and Medical Credit
Corporation, Incorporated, et
al.,

                Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Paul D Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

      Motion for Partial Summary Judgment − #55
      Motion for Judgment − #55

- RESPONSE DUE:  03/18/2010

- REPLY DUE:  04/01/2010

- MOTION HEARING:  6/2/10 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/ D. Goodine
                      Case Manager

Dated:  March 8, 2010