UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD SHIELDS,

    Plaintiff,

v.

MERCHANTS & MEDICAL CREDIT
CORPORATION, INC.,

    Defendant.

_____/

Case No. 08-14999

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

### OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEY FEES

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation to grant in part Plaintiff's Motion for Attorney Fees. (Dkt. No. 80.) On July 13, 2011, the parties stipulated to waive all objections to the Report and Recommendation. (Dkt. No. 83.)

Having reviewed that Report and Recommendation, and the parties having stipulated to waive any objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Plaintiff's Motion for Attorney Fees, and **AWARDS** $43,827.00 in attorney fees to Plaintiff, along with $3,500.17 in costs, for a total of $47,327.17.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 8-15-11